UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS ANDERSON,<br><br>         Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA SANTA BARBARA COURT,<br><br>         Respondent. | Case No. CV 09-6149 CAS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

      IT IS HEREBY ORDERED that the Motion to Dismiss is granted and that Judgment be entered denying the Petition and dismissing this action with prejudice as time-barred.

///

///

///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 23, 2012 

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE