UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS ANDERSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA SANTA BARBARA COURT,<br><br>　　　　　Respondent. | Case No. CV 09-6149 CAS(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Motion to Dismiss is granted, the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice as time-barred.

DATED: April 23, 2012

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE