UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6149 CAS (JC) | Date | May 4, 2012 |
|---|---|---|---|
| Title | CORNELIUS ANDERSON v. PEOPLE OF THE STATE OF CALIFORNIA SANTA BARBARA COURT | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**  (In Chambers:) **PETITIONER'S MOTION TO DISQUALIFY MAGISTRATE JUDGE CHOOLIJIAN** (filed April 30, 2012)

On August 1, 2009, petitioner, Cornelius Anderson, a state prisoner proceeding *pro se* signed a petition for Writ of Habeas Corpus by Person in State Custody, which was formally filed on August 24, 2009. Petitioner challenges a 2002 conviction and sentence in Santa Barbara County Superior Court.

On February 15, 2012, Magistrate Judge Choolijian issued her Report and Recommendation in which she recommended that petitioner's motion be dismissed with prejudice as time-barred. This Court adopted Judge Choolijian's Report and Recommendation. On April 30, 2012, petitioner filed the instant motion to disqualify Judge Choolijian.

28 U.S.C. § 144 provides in relevant part: "Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding." Furthermore, 28 U.S.C. § 455(a) provides in relevant part: "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(b) lists a number of circumstances in which a "justice, judge, or magistrate judge" shall "disqualify himself," none of which apply here.

It appears that petitioner seeks to disqualify Magistrate Judge Chooljian, because he disagrees with her Report and Recommendation. This is not a basis for granting a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6149 CAS (JC) | Date | May 4, 2012 |
|---|---|---|---|
| Title | CORNELIUS ANDERSON v. PEOPLE OF THE STATE OF CALIFORNIA SANTA BARBARA COURT | | |

motion to disqualify a judicial officer. See Liteky v. United States, 510 U.S. 540, 548 (1994) ("[O]pinions formed by the judge on the basis of facts introduced or evidence presented during the course of the proceedings are not grounds for disqualification unless there is evidence of such deep-seated favoritism or antagonism that fair judgment would be impossible."). Petitioner's request is therefore DENIED.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |